UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK B. LONG,<br><br>          Plaintiff,<br><br>     v.<br><br>BOARD OF TRUSTEES OF SOUTHERN ILLINOIS UNIVERSITY, PAUL FULGNI and KENNETH NEHER,<br><br>          Defendants. | Case No. 13-cv-29-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's response to the defendants' motion for summary judgment (Doc. 55), which the Court construes as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice** and **without costs** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   February 14, 2014**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**